FILED
United States Court of Appeals
Tenth Circuit

March 27, 2017

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

SHAWN LA VELLE ROLLINS,

     Defendant - Appellant.

--------------------------------------

THE FEDERAL PUBLIC DEFENDER
FOR THE DISTRICTS OF COLORADO
AND WYOMING,

     Amicus Curiae.

No. 15-1459
(D.C. Nos. 1:15-CV-02489-REB and
1:06-CR-00240-REB-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT\***
_____

Before **BRISCOE**, **McKAY**, and **McHUGH**, Circuit Judges.
_____

     This matter comes on for consideration of the government's *Unopposed Motion for Summary Affirmance*, in which the government moves for summary affirmance of the district court's sentencing determination in light of the Supreme Court's decision in *Beckles v. United States*, ___ S. Ct. ___, 2017 WL 855781 (March 6, 2017). Defendant Shawn La Velle Rollins does not oppose the motion.

---

     \* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Upon consideration thereof, the motion is granted. The judgment of the district court is affirmed.

The mandate shall issue forthwith.

Entered for the Court
Per Curiam